UNITED STATES FEDERAL COURT HOUSE MONTGOMERY ALABAMA

Timothy Woods
VS.
Montgomery Municipal Court 320 North Ripley Street Montgomery City Jail

CASE NUMBER# 2:06CV575-MHT-VPM
Civil Rights Complaint LAW SUIT

On the 2-23-2006 I came to the Montgomery City Jail for a misdemeanor assault 3 non family other an offense that is less than the charge.; I have file this law suit, I been sitting in this Montgomery city jail for five months in some weeks and filing this civil rights complaint law suit to this Honorable Court, because of this circumstances. Because this Montgomery Municipal Court 320 North Ripley Street Montgomery city jail kept putting off my court date I did not go to court on the 6/21/2006 and **I am filing this Million Dollars under the grounds that my case just a misdemeanor and I should have been gone.** And I Timothy Woods filing this civil rights complaint law suit because I am need to get order back in to my life because I do need help with the matter of getting a social worker to get me a grey hound bus ticket so that I can go home to my family because I am in this Montgomery City Jail and I been sitting in this Montgomery City jail for this misdemeanor assault and people have came here to jail and they have got out on the same kind of charge.! **This is also why I file this Million Dollars civil Rights complaint LAW SUIT.** Because I want to go home and I need to go home. **I am asking for time served in this great circumstances!** Because I am in a circumstances where I should have been gone home and now I need this United States Federal Court House Montgomery Alabama to put order back in to life. Because I need a investigation done on this case that I am filing on and I am sending these attach paper because I suppose to went back to court on the 6/20/2006 and the 6/21/2006 and I have not been back to court to get this old case taken care, I should have been gone home by now and I am asking the court for time served in this great matter! I want to go home this week!

OFFICE OF THE CLERK PLEASE FILE THIS CIVIL RIGHTS LAW SUIT SPEEDY IN TO THE COURT! THANK YOU! 6 25th DAY OF 2006

Timothy Woods

6/25/2006

To the office of the CLERK, I will be thankful for you sending me a copy of this LAW SUIT And I will be thankful for you filing this LAW SUIT in to the COURT THANK you very much!

Sincerely,