MANDATORY RELEASE DATE: _____
COMMUTED TIME RELEASE DATE: _____

ATTACH PAPER

## MONTGOMERY MUNICIPAL COURT
### STATE OF ALABAMA

Date & Time: 6/20/2006 4:29:59 PM    BOOKING NUMBER: 000012762006
NAME: WOODS,TIMOTHY,,
RACE: Black    SEX: Male    DOB: 11/12/1972    SSN: 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
ADDRESS: Alabama36108900 BELL ST MONTGOMERY

| # | CHARGE DESCRIPTION | CASE # | COURT DISPOSITION OF CASE |
|---|---|---|---|
| 1 | ASSAULT 3 NON FAMILY OTHER | 2006M00702 | Set off 6-21-06 |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |
| 6 | | | |
| 7 | | | |
| 8 | | | |
| 9 | | | |
| 10 | | | |
| 11 | | | |
| 12 | | | |
| 13 | | | |

DEFENDANT'S COPY