IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| TIMOTHY WOODS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:06CV575-MHT |
| | ) | |
| MONTGOMERY MUNICIPAL | ) | |
| COURT, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

On 30 June 2006, the Magistrate Judge filed a Recommendation (Doc. #3) in this case to which no timely objections have been filed. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge which is hereby ADOPTED, it is

ORDERED that the Plaintiff's complaint is DISMISSED without prejudice prior to service of process pursuant to the provisions of 28 U.S.C. § 1915(e)(2)(B).

DONE, this the 28th day of July, 2006.

    /s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE