IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TIMOTHY WOODS, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   CIVIL ACTION NO. 2:06CV575-MHT |
| | ) |
| MONTGOMERY MUNICIPAL COURT, *et al.*, | ) |
| | ) |
|     Defendants. | ) |

## FINAL JUDGMENT

Upon consideration of the prior proceedings, opinions and orders entered in this case, it is

ORDERED and ADJUDGED that judgment be and is hereby entered in favor of the defendants and against the plaintiff and that this case be and is hereby DISMISSED without prejudice prior to service of process.

DONE, this the 28th day of July, 2006.

                                          /s/ Myron H. Thompson
                                    UNITED STATES DISTRICT JUDGE